SEP 24 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARY L. SIMONS | * |
| Plaintiff | * |
| vs. | *   Civil Action No. L-02-CV-2859 |
| SUPERVALU, INC. | * |
| Defendant | * |

### LINE OF DISMISSAL

TO THE CLERK:

You will please mark all claims in the above-captioned case as SETTLED, SATISFIED, PAID, and DISMISSED WITH PREJUDICE.

Respectfully submitted,

_____
Marker J. Lovell, Esquire
6 N. Court Street
Baltimore, Maryland 21157
Counsel for Plaintiff

_____
Christopher R. Dunn
4601 Forbes Boulevard, #200
P.O. Box 40
Lanham, MD 20703-0040
Counsel for Defendant

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

APPROVED THIS _24TH_ DAY OF _September_ 2002

_____
BENSON EVERETT LEGG, U.S.D.J.