IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARY L. SIMONS

v.   :   CIVIL NO. L-02-2859

SUPERVALU, INC.

## ORDER

On August 28, 2002, Defendant Supervalu, Incorporated, filed a petition to remove the above captioned case from the Circuit Court for Carroll County, Maryland, pursuant to this Court's diversity jurisdiction. The attached complaint prayed for a judgment of $75,000.00.

Federal courts cannot exercise diversity jurisdiction over cases where the amount in controversy is less than or equal to $75,000.00. 28 U.S.C. § 1332(a). The Defendant has not provided a basis upon which the Court could conclude that the amount in this case exceeds that prayed for in the complaint. Because this Court lacks jurisdiction, the case is REMANDED to Carroll County Circuit Court, and the CLERK is directed to CLOSE the CASE.

It is so ORDERED this 9TH day of October, 2002.

Benson Everett Legg
United States District Judge